UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RACHEL RONDEAU

v. CA 05-482 ML

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Martin issued on November 28, 2007. Neither party has filed any objections. This Court has reviewed the Report and Recommendation, and finds that the Magistrate Judge's legal conclusions are amply supported by the record. Accordingly, this Court adopts the Report and Recommendation in its entirety.

Defendant's Motion to Affirm is GRANTED. Plaintiff's Motion to Remand is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
December 18, 2007