AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RACHEL RONDEAU

v.

MICHAEL J. ASTRUE, Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 05-482ML

IT IS ORDERED AND ADJUDGED

**JUDGMENT is hereby entered in favor of the Defendant MICHAEL J. ASTRUE, Commissioner of Social Security, against the Plaintiff, RACHEL RONDEAU, pursuant to this Court's MEMORANDUM AND ORDER dated December 18, 2007, denying the Plaintiff's Motion to Reverse Decision of the Commissioner (or alternatively, Remand for Rehearing) and granting the Defendant's Motion for an Order Affirming the Decision of the Commissioner.**

December 18, 2007
Date

Clerk

(By) Deputy Clerk